IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                      CASE NUMBER   09-03153-MCF

**CARLOS MULERO SANTIAGO**

CHAPTER 13

**Debtor(s)**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\\**

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

   1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

   2. According to the record of the case, debtor(s) has/have domestic support obligation.

   3. Debtor(s) has/have **NOT** certified that all amounts payable under the domestic support obligation(s) are current.

   4. The trustee has not been able to determine if debtor(s) is/are current with domestic support obligation(s) and the debtor has not applied for a waiver under this statute.

   5. All domestic support obligation(s) that were to be paid by the Trustee pursuant to the confirmed/approved plan provisions have been paid.

**11 U.S.C. 1328(f) Prior Discharge**

   5. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

   6. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(f)**
**Instructional Course Requirement**

7. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

8. Section 1328(h) is not applicable in the present case.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 6/7/2013.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

| 09-03153-MCF | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADELA L TORRUELLA *<br><br>PO BOX 4040 SUITE 305<br>JUNCOS, PR 00777 | ADMINISTRACION PARA EL SUSTENTO DE MENORES<br><br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 |
| ASUME<br><br>PO BOX 71442<br>SAN JUAN, PR 00936 | BRENDALIZ VELAZQUEZ PEREZ<br><br>C/O ASUME<br>PO BOX 8508<br>`, PR 00792-8508 |
| CENTENNIAL DE PR<br><br>PO BOX 71514<br>SAN JUAN, PR 00936-0614 | DEPARTMENT OF TREASURY<br><br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9022501<br>SAN JUAN, PR 00902-2501 |
| DEPARTMENT OF TREASURY<br><br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DTOP<br><br>, PR 00000 |
| ECAST SETTLEMENT CORPORATION<br><br>PO BOX 7247 6971<br>PHILADELPHIA, PA 19170-6971 | HSBC BANK NEVADA NA<br><br>ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON, AZ 85712 |
| PR ACQUISITIONS LLC<br><br>250 MUNOZ RIVERA AVE<br>12TH FLOOR AIG BUILDING<br>SAN JUAN, PR 00918 | |
| CARLOS MULERO SANTIAGO<br><br>HC 20 BOX 1958<br>JUNCOS, PR 00777 | |
| ADELA L TORRUELLA *<br><br>PO BOX 4040 SUITE 305<br>JUNCOS, PR 00777 | |

DATED: 6/7/2013

/s/ Walter Lugo

OFFICE OF THE CHAPTER 13 TRUSTEE